1  PHILLIP A. TALBERT
   United States Attorney
2  EMILY G. SAUVAGEAU
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile: (916) 554-2900
5

6  Attorneys for Plaintiff
   United States of America
7

**FILED**
Nov 28, 2022
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**SEALED**

8            IN THE UNITED STATES DISTRICT COURT

9                EASTERN DISTRICT OF CALIFORNIA

10

11  United States of America,                CASE NO. 2:22-mj-161-AC

12              Plaintiff,                   SEALING ORDER
        v.
13

14       LOUIS MENDONSA,                     **UNDER SEAL**

15              Defendant.

16

17                        **S E A L I N G   O R D E R**

18      Upon Application of the United States of America and good cause having been shown,

19      IT IS HEREBY ORDERED that the file in the above-captioned matter be, and is hereby ordered,

20  SEALED until further order of this Court.

21

22  Dated:  November 28, 2022                _____
                                             ALLISON CLAIRE
23                                           UNITED STATES MAGISTRATE JUDGE

24

25

26

27

28

SEALING ORDER