AO 442 (Rev. 11/11) (modified) Arrest Warrant

HSI
11498292

## UNITED STATES DISTRICT COURT
for the
Eastern District of California

FILED
DEC 02 2022
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

USMS SACRAMENTO RCVD
NOV 29 2022 AM 8:17

United States of America
v.

LOUIS MENDONSA

_____
Defendant

) Case No. 2:22-mj-161-AC
)
)
)
)
)
)

UNSEALED

### ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   LOUIS MENDONSA                                                                                          ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment        ☐ Superseding Indictment        ☐ Information        ☐ Superseding Information        ☒ Complaint
☐ Probation Violation Petition        ☐ Supervised Release Violation Petition        ☐ Violation Notice        ☐ Order of the Court

This offense is briefly described as follows:


Date: November 28, 2022

_____
*Issuing officer's signature*

City and state:   Sacramento, California                    Allison Claire, United States Magistrate Judge
                                                            *Printed name and title*

---

**Return**

This warrant was received on *(date)* 11/29/22 , and the person was arrested on *(date)* 11/29/22
at *(city and state)* _____.

Date: 11/30/22

For HSI
_____
*Arresting officer's signature*

SDUSM / A. Yeo
*Printed name and title*