PHILLIP A. TALBERT
United States Attorney
EMILY G. SAUVAGEAU
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

**FILED**
Dec 08, 2022
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br>           Plaintiff, <br><br>     v. <br><br> LOUIS DONALD MENDONSA, <br><br>           Defendant. | CASE NO. 2:22-cr-0243 TLN <br><br> 18 U.S.C. § 2252(a)(2) and (b)(1) – Distribution of Child Pornography (7 counts); 18 U.S.C. § 2252(a)(4)(B) and (b)(2) – Possession of Child Pornography; 18 U.S.C. § 2253(a) – Criminal Forfeiture |

# I N D I C T M E N T

<u>COUNTS ONE THROUGH SEVEN</u>: [18 U.S.C. § 2252(a)(2) and (b)(1) – Distribution of Child Pornography]

The Grand Jury charges: T H A T

LOUIS DONALD MENDONSA,

defendant herein, on or about the dates specified below, in Sacramento County, State and Eastern District of California, and elsewhere, did knowingly and intentionally distribute and attempt to distribute at least one visual depiction of a minor engaging in sexually explicit conduct using any means and facility of interstate and foreign commerce, and that had been shipped and transported in and affecting interstate and foreign commerce, and which contained materials that had been so shipped and transported by any means, including by computer, where the production of such visual depiction involved the use of a minor engaging in sexually explicit conduct and such visual depiction was of such

conduct as defined in Title 18, United States Code, Section 2256(2), specifically, LOUIS DONALD MENDONSA used, among other things, the internet and internet facilities described below, including "Website A," "Website B," "Website C," and "Website D," the real names of which are known to the Grand Jury, to distribute and attempt to distribute the images identified below:

| Count | Date(s) of Distribution | Facilities Used | Image Description |
|---|---|---|---|
| 1 | On or about July 8, 2022, and continuing until at least September 15, 2022 | Internet and Website A | An image posted under the topic "Girls Arcade – Chat and Share!" depicting a prepubescent Caucasian female sitting on a bed with her dress pulled up and one leg extended, exposing her vagina |
| 2 | On or about August 9, 2022, and continuing until at least September 15, 2022 | Internet and Website A | An image posted under the topic "Girls Butts" depicting a prepubescent female with the crown of her head placed on the bed and her buttocks toward the ceiling, with clothes pulled down, exposing her vagina and anus<br><br>An image posted under the topic "Sucker Girls" depicting a minor female with an adult male penis protruding from a pair of "COTTONWORLD" underwear and penetrating the minor female's mouth<br><br>An image posted under the topic "Sucker Girls" depicting a minor female kneeling next to a bed with a heavy-set, nude adult male whose penis is penetrating the minor female's mouth |
| 3 | On or about August 12, 2022, and continuing until at least September 15, 2022 | Internet and Website A | An image posted under the topic "Sucker Girls" depicting an erect male penis protruding from the zipper opening of a pair of jeans and penetrating the mouth of a prepubescent female |

| 4 | On or about November 11, 2022 and continuing until at least November 25, 2022 | Internet and Website B | An image posted under the topic "Boys in B/W" depicting a prepubescent nude male laying on the ground with one leg up and exhibiting his genitals<br><br>An image posted under the topic "Group Photos of 4+ or more Boys N/NN," depicting four prepubescent nude males engaged in oral copulation<br><br>An image posted under the topic "Boys Fellating Men," depicting a nude adult male laying on a bed and penetrating the mouth of a minor male with his penis |
|---|---|---|---|
| 5 | On or about November 7, 2022, and continuing until at least November 9, 2022 | Internet and Website C | An image posted under the topic "Happy boys – laughing, smiling, showing gladness," depicting a prepubescent nude male laying on his back with his legs spread, exhibiting his genitals |
| 6 | On or about November 13, 2022, and continuing until at least November 25, 2022 | Internet and Website D | An image posted on the topic "Tween/hebe girls (Open Thread!)," depicting a nude minor female leaning backward with her legs spread and her hands wrapped around her legs to expose her vaginal opening |
| 7 | On or about November 19, 2022, and continuing until at least November 25, 2022 | Internet and Website D | An image posted on the topic "Girls Butt Mega Thread," depicting a nude prepubescent female laying on her stomach with her bare vagina pointed at the camera |

All in violation of Title 18, United States Code, Section 2252(a)(2) and (b)(1).

COUNT EIGHT: [18 U.S.C. § 2252(a)(4)(b) and (b)(2) – Possession of Child Pornography]

The Grand Jury further charges: T H A T

LOUIS DONALD MENDONSA,

defendant herein, on or about November 29, 2022, in Sacramento County, State and Eastern District of California, and elsewhere, did knowingly possess at least one matter which contained any visual depiction that had been shipped and transported using any means and facility of interstate and foreign

INDICTMENT 3

commerce, and in and affecting interstate and foreign commerce, and which was produced using materials that had been so shipped and transported using any means and facility of interstate and foreign commerce, including by computer, where the production of such visual depiction involved the use of a minor engaging in sexually explicit conduct as defined in Title 18, United States Code, Section 2256(2), and such visual depictions were of such conduct, all in violation of Title 18, United States Code, Section 2252(a)(4)(B) and (b)(2).

FORFEITURE ALLEGATION: [18 U.S.C. § 2253(a) - Criminal Forfeiture]

1. Upon conviction of one or more of the offenses alleged in Counts One through Eight of this Indictment, defendant LOUIS DONALD MENDONSA shall forfeit to the United States pursuant to Title 18, United States Code, Section 2253(a), any and all matter which contain visual depictions produced, transported, mailed, shipped, or received in violation thereof; any property, real or personal, constituting or traceable to gross profits or other proceeds the defendant obtained as a result of said violations; and any property, real or personal, used or intended to be used to commit and to promote the commission of such violations, or any property traceable to such property, including but not limited to the following:

   a. Apple MacBook Pro laptop.

2. If any property subject to forfeiture, as a result of the offenses alleged in Counts One through Three of this Indictment, for which defendant is convicted:

   a. cannot be located upon the exercise of due diligence;
   b. has been transferred or sold to, or deposited with, a third party;
   c. has been placed beyond the jurisdiction of the Court;
   d. has been substantially diminished in value; or
   e. has been commingled with other property which cannot be divided without difficulty;

///
///
///
///


it is the intent of the United States, pursuant to 18 U.S.C. § 2253(b), incorporating 21 U.S.C. § 853(p), to seek forfeiture of any other property of said defendant, up to the value of the property subject to forfeiture.

A TRUE BILL.

/s/ **Signature on file w/AUSA**

_____
FOREPERSON

_/s/_ *[signature]*
PHILLIP A. TALBERT
United States Attorney

No. 2:22-cr-0243 TLN

# UNITED STATES DISTRICT COURT

*Eastern District of California*

*Criminal Division*

### THE UNITED STATES OF AMERICA
vs.

### LOUIS DONALD MENDONSA

I N D I C T M E N T

**VIOLATION(S):** 18 U.S.C. § 2252(a)(2) and (b)(1) – Distribution of Child Pornography (7 Counts); 18 U.S.C. § 2252(a)(4)(b) and (b)(2) – Possession of Child Pornography; 18 U.S.C. § 2253(a) - Criminal Forfeiture

*A true bill,*

/s/ Signature on file w/AUSA

_____
*Foreman.*

*Filed in open court this* __8th__ *day*

*of* __December__, A.D. 20 __22__

/s/ M York
_____
*Clerk.*

*Bail, $* Defendant in federal custody - no further process necessary.

December 8, 2022

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

<u>United States v. Louis Donald MENDONSA</u>
Penalties for Indictment

<u>Defendant</u>
Louis Donald MENDONSA

**COUNTS 1-7:**          **LOUIS DONALD MENDONSA**

VIOLATION:    18 U.S.C. § 2252(a)(2) – Distribution of Material Involving the Sexual Exploitation of Children, with prior conviction under California Penal Code § 288(a) relating to sexual abuse involving a minor

PENALTIES:    Mandatory minimum of 15 years in prison and a maximum of 40 years in prison; or
Fine of up to $250,000; or both fine and imprisonment;
Special assessment of $100; plus an additional special assessment of $5,000 if the defendant is non-indigent (18 U.S.C. § 3014, if that statute is still operative at the time the defendant is sentenced);
Special assessment, pursuant to 18 U.S.C. § 2259A of no more than $35,000;
Supervised release of at least 5 years and up to life (18 U.S.C. § 3583(k)).

**COUNT 8:**             **LOUIS DONALD MENDONSA**

VIOLATION:    18 U.S.C. § 2252(a)(4) – Possession of Material Involving the Sexual Exploitation of Children, with prior conviction under California Penal Code § 288(a) relating to sexual abuse involving a minor

PENALTIES:    Mandatory minimum of 10 years in prison and a maximum of 20 years in prison; or
Fine of up to $250,000; or both fine and imprisonment;
Special assessment of $100; plus an additional special assessment of $5,000 if the defendant is non-indigent (18 U.S.C. § 3014, if that statute is still operative at the time the defendant is sentenced);
Special assessment, pursuant to 18 U.S.C. § 2259A of no more than $17,000;
Supervised release of at least 5 years and up to life (18 U.S.C. § 3583(k)).

**FORFEITURE ALLEGATION:**    **LOUIS DONALD MENDONSA**

VIOLATION:    18 U.S.C. § 2253(a) – Criminal Forfeiture

PENALTIES:    As stated in the charging document