PHILLIP A. TALBERT
United States Attorney
EMILY G. SAUVAGEAU
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>    v.<br><br>LOUIS DONALD MENDONSA,<br><br>      Defendant. | CASE NO. 2:22-CR-243-TLN<br><br>NOTICE OF PRIOR CONVICTIONS PURSUANT TO 18 U.S.C. § 2252(b)(2) |

  On December 8, 2022, a grand jury returned an indictment charging defendant Louis Donald Mendonsa with seven counts of distributing child pornography in violation of 18 U.S.C. § 2252(a)(2) and (b)(1) and one count of possession of child pornography in violation of 18 U.S.C. § 2252(a)(4)(B) and (b)(2).  Indictment, ECF No. 1.  With this filing, the United States of America provides further notice to Mendonsa that due to his criminal history, he is subject to enhanced penalties if convicted of the charges in the indictment.

  Specifically, on or around July 1, 1993, Mendonsa was convicted of eight counts of lewd or lascivious acts with a child under fourteen, in violation of California Penal Code § 288(a); two counts of oral copulation of a child under fourteen, in violation of California Penal Code § 288a(c), and and two counts of lewd or lascivious acts with a child of age fourteen/fifteen in violation of California Penal Code § 288(c).  Mendonsa was sentenced to fourteen years of imprisonment for those offenses.  A copy of the abstract of judgment documenting his prior convictions in attached hereto.

With this filing, the government gives further notice that Mendonsa has at least one prior conviction "under the laws of any State relating to aggravated sexual abuse, sexual abuse, or abusive sexual conduct involving a minor or ward." 18 U.S.C. § 2252(b)(1) and (b)(2). Accordingly, if convicted of the crimes alleged in the indictment, Mendonsa is subject to the following terms of imprisonment:

- **Counts One through Seven - Distribution of Child Pornography in violation of 18 U.S.C. § 2252(a)(2) and (b)(1)**
  - For each count, a mandatory minimum of 15 years in prison
  - For each count, a maximum of 40 years in prison
- **Count Eight - Possession of Child Pornography in violation of 18 U.S.C. § 2252(a)(4)(B) and (b)(2)**
  - A mandatory minimum of 10 years in prison
  - A maximum of 20 years in prison

*See* 18 U.S.C. §§ 2252(b)(1) and (b)(2). Mendonsa was advised of these potential penalties at his arraignment on December 15, 2022 before the Honorable Carolyn K. Delaney; no further hearing is needed.

Dated: January 13, 2023

PHILLIP A. TALBERT
United States Attorney

By: /s/ EMILY G. SAUVAGEAU
EMILY G. SAUVAGEAU
Assistant United States Attorney

# ABSTRACT OF JUDGMENT – PRISON COMMITMENT

FORM DSL 290

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF** SOLANO"
**BRANCH**

**COURT I.D.** S480000

**CASE NUMBER(S):** C34224 - A

FILED
Clerk of the Superior Court
DEC 08 1994
_Sharon Villarreal_
DEPUTY CLERK

**PEOPLE OF THE STATE OF CALIFORNIA versus**
**DEFENDANT:** MENDONSA, LOUIS DONALD
**AKA:**
[X] PRESENT   [ ] NOT PRESENT

**COMMITMENT TO STATE PRISON**
**ABSTRACT OF JUDGMENT**
**AMENDED ABSTRACT** [X]

| DATE OF HEARING (MO)(DAY)(YR) | DEPT. NO | JUDGE | CLERK |
|---|---|---|---|
| 07/101/93 | FF MUNI 1 | LUIS M. VILLARREAL | JULIE WILLIAMSON |

| REPORTER | COUNSEL FOR PEOPLE | COUNSEL FOR DEFENDANT | PROBATION NO. OR PROBATION OFFICER |
|---|---|---|---|
| BARBARA CORDY | NANCY XXXXX YORK | MICHAEL OLIVER | DARLYA ENGLE |

1. DEFENDANT WAS CONVICTED OF THE COMMISSION OF THE FOLLOWING FELONIES (OR ALTERNATE FELONY/MISDEMEANORS):

| COUNT | CODE | SECTION NUMBER | CRIME | YEAR CRIME COMMITTED | DATE OF CONVICTION MO | DAY | YEAR | CONVICTED BY JURY TRIAL | COURT TRIAL | PLEA | TERM (L/AM) | CONCURRENT | CONSECUTIVE 1/3 VIOLENT | CONSECUTIVE 1/3 NON-VIO. | CONSECUTIVE FULL TERM | INCOMPLETE SENTENCE(S) CS-R/LTR #4 | 654 STAY | PRINCIPAL OR CONSECUTIVE TIME IMPOSED YEARS | MONTHS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | PC | 288(a) | LEWD ACT UPON CH | 92 | 04 | 21 | 93 | X | | | M | | | | | | | 6 | |
| 2 | PC | 288(a) | LEWD ACT UPON CH | 92 | 04 | 21 | 93 | X | | | M | | | | | | | 2 | |
| 3 | PC | 288(a) | LEWD ACT UPON CH | 92 | 04 | 21 | 93 | X | | | M | | | | | | | 2 | |
| 4 | PC | 288(a) | LEWD ACT UPON CH | 92 | 04 | 21 | 93 | X | | | M | | | | | | | 2 | |
| 5 | PC | 288(a) | LEWD ACT UPON CH | 92 | 04 | 21 | 93 | X | | | M | | | | | | | 2 | |

2. ENHANCEMENTS charged and found true TIED TO SPECIFIC COUNTS (mainly in the § 12022-series) including WEAPONS, INJURY, LARGE AMOUNTS OF CONTROLLED SUBSTANCES, BAIL STATUS, ETC.: For each count list enhancements horizontally. Enter time imposed for each or "S" for stayed or stricken. DO NOT LIST enhancements charged but not found true or stricken under § 1385. Add up time for enhancements on each line and enter line total in right-hand column.

| Count | Enhancement | Yrs or "S" | Enhancement | Yrs or "S" | Enhancement | Yrs or "S" | Enhancement | Yrs or "S" | Enhancement | Yrs or "S" | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | |

3. ENHANCEMENTS charged and found true FOR PRIOR CONVICTIONS OR PRIOR PRISON TERMS (mainly § 667-series) and OTHER. List all enhancements based on prior convictions or prior prison terms charged and found true. If 2 or more under the same section, repeat it for each enhancement (e.g., If 2 non-violent prior prison terms under § 667.5(b) list § 667.5(b) 2 times). Enter time imposed for each or "S" for stayed or stricken. DO NOT LIST enhancements charged but not found true or stricken under § 1385. Add time for these enhancements and enter total in right-hand column. Also enter here any other enhancement not provided for in space 2.

| Enhancement | Yrs or "S" | Enhancement | Yrs or "S" | Enhancement | Yrs or "S" | Enhancement | Yrs or "S" | Enhancement | Yrs or "S" | Total |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | |
| Enhancement | Yrs or "S" | Enhancement | Yrs or "S" | Enhancement | Yrs or "S" | Enhancement | Yrs or "S" | Enhancement | Yrs or "S" | Total |
| | | | | | | | | | | |

4. INCOMPLETED SENTENCE(S) CONSECUTIVE:

| COUNTY | CASE NUMBER | CREDIT FOR TIME SERVED |
|---|---|---|
| | | |

5. OTHER ORDERS: $200 FINE PURSH. 13967 GC WAS IMPOSED. DEF. TO REGISTER AS SEX OFFENDER PURS. TO 290 PC. DEF. TO SUBMIT TO AIDS TEST.

6. TOTAL TIME IMPOSED ON ALL ATTACHMENT PAGES (FORM DSL 290-A): (6)
7. TIME STAYED TO COMPLY WITH 5-YEAR OR 10-YEAR LIMIT ON SUBORDINATE TERMS, DOUBLE-BASED-TERM LIMIT, ETC. (Do not include § 654 stays or discretionary stays of term for enhancements.)
8. TOTAL TERM IMPOSED: 14
9. EXECUTION OF SENTENCE IMPOSED:

A. [X] AT INITIAL SENTENCING HEARING
B. [ ] AT RESENTENCING PURSUANT TO DECISION ON APPEAL
C. [ ] AFTER REVOCATION OF PROBATION
D. [ ] AT RESENTENCING PURSUANT TO RECALL OF COMMITMENT (PC § 1170(d))
E. [ ] OTHER

10. DATE OF SENTENCE PRONOUNCED (MO)(DAY)(YR): 07/01/93
CREDIT FOR TIME SPENT IN CUSTODY: 309   TOTAL DAYS INCLUDING:   ACTUAL LOCAL TIME: 207   LOCAL CONDUCT CREDITS: 102   STATE INSTITUTIONS [ ] DMH   [ ] CDC

11. DEFENDANT IS REMANDED TO THE CUSTODY OF THE SHERIFF, TO BE DELIVERED:

[X] FORTHWITH
[ ] AFTER 48 HOURS, EXCLUDING SATURDAYS, SUNDAYS AND HOLIDAYS
INTO THE CUSTODY OF THE DIRECTOR OF CORRECTIONS AT THE RECEPTION-GUIDANCE CENTER LOCATED AT:
[ ] CALIF. INSTITUTION FOR WOMEN – FRONTERA
[ ] CALIF. MEDICAL FACILITY – VACAVILLE
[X] SAN QUENTIN
[ ] CALIF. INSTITUTION FOR MEN – CHINO
[ ] DEUEL VOC. INST.
[ ] OTHER (SPECIFY)

CLERK OF THE COURT

I hereby certify the foregoing to be a correct abstract of the judgment made in this action.

DEPUTY'S SIGNATURE: _Sharon Villarreal_   DATE: 12/08/94

This form is prescribed under Penal Code § 1213.5 to satisfy the requirements of § 1213 for determinate sentences. Attachments may be used but must be referred to in this document.

**ABSTRACT OF JUDGMENT – PRISON COMMITMENT**
FORM DSL 290

Form Adopted by the Judicial Council of California
Effective April 1, 1990

Pen.C. 1213.5

DISTRIBUTION:   PINK COPY – COURT FILE   YELLOW COPY – DEPARTMENT OF CORRECTIONS   WHITE COPY – ADMINISTRATIVE OFFICE OF THE COURTS

The foregoing instrument is a
correct copy of the original
on file in this office.

ATTEST: DEC 23 2022

Clerk of the Superior Court of the
State of California in and for the
County of Solano

By_____
   DEPUTY CLERK

**ABSTRACT OF JUDGMENT – PRISON COMMITMENT**
**ATTACHMENT PAGE**

FORM DSL 290-A

SUPERIOR COURT OF CALIFORNIA, COUNTY OF ___SOLANO___
COURT I.D.  BRANCH
S480000

PEOPLE OF THE STATE OF CALIFORNIA versus  ☒ PRESENT  CASE NUMBER(S)
DEFENDANT: MENDONSA, LOUIS DONALD
AKA:  ☐ NOT PRESENT

C34224 - A
- B
- C

COMMITMENT TO STATE PRISON   AMENDED ☒
ABSTRACT OF JUDGMENT   ABSTRACT

- D
- E

FILED Clerk of the Superior Court
DEC 0 8 1994
DEPUTY CLERK

DATE OF HEARING 07/01/93

1. DEFENDANT WAS CONVICTED OF THE COMMISSION OF THE FOLLOWING FELONIES (OR ALTERNATE FELONY/MISDEMEANORS):

THIS IS ATTACHMENT PAGE NO. __1__

| COUNT | CODE | SECTION NUMBER | CRIME | YEAR CRIME COMMITTED | DATE OF CONVICTION MO | DAY | YEAR | CONVICTED BY JURY TRIAL | COURT TRIAL | PLEA | TERM (L.W.I.) | CONCURRENT | CONSECUTIVE 1/3 VIOLENT | CONSECUTIVE 1/3 NON-VIO. | CONSECUTIVE FULL TERM | INCOMPLETE SENTENCED (S-4/DSH) 4 | 654 STAY | PRINCIPAL OR CONSECUTIVE TIME IMPOSED YEARS | MONTHS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 6 | PC | 288(a) | LEWD ACT ON CHIL | 92 | 04 | 21 | 93 | X | | | M | X | | | | | | (6) | |
| 7 | PC | 288(a) | LEWD ACT ON CHIL | 92 | 04 | 21 | 93 | X | | | M | X | | | | | | (6) | |
| 8 | PC | 288(a) | LEWD ACT ON CHIL | 92 | 04 | 21 | 93 | X | | | M | X | | | | | | (6) | |
| 9 | PC | 288a(c) | ORAL COP UND 14 | 92 | 04 | 21 | 93 | X | | | M | X | | | | | | (6) | |
| 10 | PC | 288a(c) | ORAL COP UND 14 | 92 | 04 | 21 | 93 | X | | | M | X | | | | | | (6) | |
| 11 | PC | 288(a) | LEWD ACT UPON CH | 92 | 04 | 21 | 93 | X | | | M | X | | | | | | (6) | |
| 18 | PC | 288(c) | LEWD ACT UPON CH | 92 | 04 | 21 | 93 | X | | | M | X | | | | | | (2) | |

TOTAL (6)

2. ENHANCEMENTS charged and found true, TIED TO SPECIFIC COUNTS (mainly in the 12022 series) for counts listed on this page.

| Count | Enhancement | Yrs or "S" | Enhancement | Yrs or "S" | Enhancement | Yrs or "S" | Enhancement | Yrs or "S" | Enhancement | Yrs or "S" | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | |

TOTAL

3. ENHANCEMENTS charged and found true FOR PRIOR CONVICTIONS OR PRIOR PRISON TERMS (mainly § 667-series) and OTHER.

| Enhancement | Yrs or "S" | Enhancement | Yrs or "S" | Enhancement | Yrs or "S" | Enhancement | Yrs or "S" | Enhancement | Yrs or "S" | Total |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | |
| Enhancement | Yrs or "S" | Enhancement | Yrs or "S" | Enhancement | Yrs or "S" | Enhancement | Yrs or "S" | Enhancement | Yrs or "S" | Total |
| | | | | | | | | | | |

4. TOTAL TIME IMPOSED ON THIS ATTACHMENT PAGE: (6)

**ABSTRACT OF JUDGMENT – PRISON COMMITMENT**
ATTACHMENT FORM DSL 290-A

Form Adopted by the
Judicial Council of California
Effective April 1, 1990

Pen.C. 1213.5

DISTRIBUTION:   PINK COPY – COURT FILE   YELLOW COPY – DEPARTMENT OF CORRECTIONS   WHITE COPY – ADMINISTRATIVE OFFICE OF THE COURTS