PHILLIP A. TALBERT
United States Attorney
EMILY G. SAUVAGEAU
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>       v.<br><br>LOUIS DONALD MENDONSA,<br><br>            Defendant. | CASE NO. 2:22-CR-243-TLN<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; [PROPOSED] FINDINGS AND ORDER<br><br>DATE: February 9, 2023<br>TIME: 9:30 a.m.<br>COURT: Hon. Troy L. Nunley |

**STIPULATION**

   Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

   1.   By previous order, this matter was set for status on February 9, 2023.

   2.   By this stipulation, defendant now moves to continue the status conference until April 20, 2023, and to exclude time between February 9, 2023, and April 20, 2023, under Local Code T4.

   3.   The parties agree and stipulate, and request that the Court find the following:

       a)   The government has represented that the discovery associated with this case includes investigative reports, surveillance photographs and reports, forensic extractions of defendant's electronic devices. All of this discovery has been either produced directly to counsel and/or made available for inspection and copying. Additionally, the government recently obtained records related to defendant's prior convictions, including police reports and state court

documents, which the government is redacting in order to produce in discovery.

   b) Counsel for defendant desires additional time to review the current charges, conduct necessary investigation, to review forensic discovery, and to review additional discovery in order to prepare pretrial motions, discuss potential resolutions with his client, and otherwise prepare for trial.

   c) Counsel for defendant believes that failure to grant the above-requested continuance would deny him/her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

   d) The government does not object to the continuance.

   e) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

   f) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of February 9, 2023 to April 20, 2023, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: February 2, 2023         PHILLIP A. TALBERT
                   United States Attorney

                   /s/ EMILY G. SAUVAGEAU
                   EMILY G. SAUVAGEAU
                   Assistant United States Attorney

Dated: February 2, 2023         /s/ Doug Beevers
                                Doug Beevers
                                Counsel for Defendant
                                Louis Donald Mendonsa

**[PROPOSED] ORDER**

IT IS SO FOUND AND ORDERED this ____ day of _____, _____.

_____
THE HONORABLE Troy L. Nunley
UNITED STATES DISTRICT JUDGE