PHILLIP A. TALBERT
United States Attorney
EMILY G. SAUVAGEAU
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone:  (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                              Plaintiff,<br><br>                         v.<br><br>LOUIS DONALD MENDONSA,<br><br>                              Defendant. | CASE NO.  2:22-CR-243-TLN<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER<br><br>DATE: September 28, 2023<br>TIME: 9:30 a.m.<br>COURT: Hon. Troy L. Nunley |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1.      By previous order, this matter was set for status on September 28, 2023.

2.      By this stipulation, defendant now moves to continue the status conference until November 2, 2023, at 9:30 a.m., and to exclude time between September 28, 2023, and November 2, 2023, under Local Code T4.

3.      The parties agree and stipulate, and request that the Court find the following:

a)      The government has represented that the discovery associated with this case includes investigative reports, surveillance photographs and reports, forensic extractions of defendant's electronic devices, and records related to defendant's prior convictions, including police reports and state court filings.  All of this discovery has been either produced directly to

1   counsel and/or made available for inspection and copying.

2           b)      Counsel for defendant desires additional time to review the current charges,

3   conduct necessary investigation, to review forensic discovery, and to review additional discovery

4   in order to prepare pretrial motions, discuss potential resolutions with his client, and otherwise

5   prepare for trial.

6           c)      Counsel for defendant believes that failure to grant the above-requested

7   continuance would deny him/her the reasonable time necessary for effective preparation, taking

8   into account the exercise of due diligence.

9           d)      The government does not object to the continuance.

10          e)      Based on the above-stated findings, the ends of justice served by continuing the

11  case as requested outweigh the interest of the public and the defendant in a trial within the

12  original date prescribed by the Speedy Trial Act.

13          f)      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161,

14  et seq., within which trial must commence, the time period of September 28, 2023 to November

15  2, 2023, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local

16  Code T4] because it results from a continuance granted by the Court at defendant's request on

17  the basis of the Court's finding that the ends of justice served by taking such action outweigh the

18  best interest of the public and the defendant in a speedy trial.

19  ///

20  ///

21  ///

22  ///

23  ///

24  ///

25  ///

26  ///

27  ///

28  ///

4.     Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  September 26, 2023                          PHILLIP A. TALBERT
                                                    United States Attorney


                                                    /s/ EMILY G. SAUVAGEAU
                                                    EMILY G. SAUVAGEAU
                                                    Assistant United States Attorney


Dated:  September 26, 2023                          /s/ Doug Beevers
                                                    Doug Beevers
                                                    Counsel for Defendant
                                                    Louis Donald Mendonsa


## ORDER

IT IS SO FOUND AND ORDERED this 26th day of September, 2023.



                                                    Troy L. Nunley
                                                    United States District Judge