PHILLIP A. TALBERT
United States Attorney
CHRISTINA McCALL
EMILY G. SAUVAGEAU
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> LOUIS DONALD MENDONSA, <br><br> Defendant. | CASE NO. 2:22-CR-243 TLN <br><br> ASSOCIATION OF COUNSEL |

    Please associate Assistant United States Attorney Christina McCall as co-counsel of record for the plaintiff in the above-referenced case, and also add that same Assistant United States Attorney to the service list of actions.

Dated: October 31, 2023

PHILLIP A. TALBERT
United States Attorney

By: /s/ Christina McCall
    CHRISTINA McCALL
    Assistant United States Attorney